# MAGISTRATE JUDGE CRIMINAL MINUTES

DATE: 8/30/07   JUDGE: GRIMM

TIME/FTR GOLD: 10:55 - 11:05   INTERPRETER

AUSA: JEFFERSON GRAY   DFDT ATTY: GREGORY GILCHRIST, AFPD

UNITED STATES OF AMERICA v. LARRY DONZELL BOYD

CRIMINAL NO. JFM-91-0141   NO. OF COUNTS:

DFDT'S AGE:   DATE OF BIRTH:

- ☑ Initial Appearance
- ☐ Arraignment
- ☐ Re-arraignment
- ☐ Sentencing
- ☐ Bail Review/Revocation Hearing
- ☐ Violation of Probation
- ☑ Violation of Supervised Release
- ☐ Detention Hearing

- ☐ Defendant to Retain Counsel
- ☐ Violation
- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Preliminary Hearing set for:

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant arraigned/re-arraigned and plead GUILTY as to Count(s) ,

NOT GUILTY as to Count(s) which was/were accepted by the Court.

- ☑ Defendant advised of rights to silence and counsel
- ☐ Defendant temporarily detained pending detention hearing on / / @
- ☑ Defendant detained by agreement
- ☐ Defendant ordered detained after detention hearing
- ☑ FPD appointed as counsel
- ☐ Order Setting Conditions of Release w/conditions
- ☐ Medical Order for Treatment of Detainee entered
- ☐ Counsel advised to call or go to chambers for dates / given dates in court

Remarks  Revocation hearing before Judge Motz scheduled for 9/6/07 @ 10:00.

_____ Days for Motions. Motions to be filed by

- ☐ Trial-Bench/Jury _____ day(s) / week(s) . Trial week of
- ☑ Probation Officer  DAVID HEARD
- ☐ Come-Up to U.S. Marshal
- ☑ Minute entries docketed.   Deputy Clerk  HSG

U.S. District Court (Rev. 3/1/2007) - Criminal Memo