U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgment in a Criminal Case for Revocations with Supervised Release

# United States District Court
## District of Maryland

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY DONZELL BOYD | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** with Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: JFM-91-0141<br>USM Number: 28270-037<br>Defendant's Attorney: Gregory Gilchrist, AFPD<br>Assistant U.S. Attorney: Jefferson Gray |

**THE DEFENDANT:**

☒ admitted guilt to violation of Special Condition and Statutory Condition of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Statutory Condition | Defendant shall refrain from any unlawful use of a controlled substance; | May 14, 2007 |
| Special Condition | Shall satisfactorily participate in any program of drug treatment and/or counseling as directed; | June 2007 & June 20, 2007 |
| Statutory Condition | Shall not commit any Federal, State or Local Crime. | June 26, 2007 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☒ Supervised release is revoked.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2007 SEP -6 P 2: 30 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY

September 6, 2007
Date of Imposition of Judgment

J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE                    9/6/07 Date

Name of Court Reporter:   FTR Gold: Tyson

SCANNED

U.S. DISTRICT COURT (Rev.11/99) Sheet 2 - Judgment in a Criminal Case for Revocations with Supervised Release          Judgment Page  2  of  2

**DEFENDANT:       LARRY DONZELL BOYD                    CASE NUMBER: JFM-91-0141**

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _eight (8)_ months.

☒ The court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to a Federal Medical facility.

☒ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district

    ☐ at _____ a.m./p.m. on _____
    ☐ as notified by the United States Marshal

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

    ☐ before 2 p.m. on _____

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By    _____
DEPUTY U.S. MARSHAL